Revised 05/08

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

In re:   Case No. _____

**Energy Conversion Devices, Inc.**

_____ Debtor. _____ /

## BANKRUPTCY PETITION COVER SHEET

(The debtor must complete and file this form with the petition in every bankruptcy case. Instead of filling in the boxes on the petition requiring information on prior and pending cases, the debtor may refer to this form.)

### Part 1

"Companion cases," as defined in L.B.R. 1073-1(b), are cases involving any of the following: (1) The same debtor; (2) A corporation and any majority shareholder thereof; (3) Affiliated corporations; (4) A partnership and any of its general partners; (5) An individual and his or her general partner; (6) An individual and his or her spouse; or (7) Individuals or entities with any substantial identity of financial interest or assets.

Has a " companion case" to this case ever been filed at any time in this district or any other district?   Yes __X__ No ____

( If yes, complete Part 2.)

### Part 2

For each companion case, state in chronological order of cases: (Attach supplemental sheets if necessary.)

|  | First Case | Second Case | Third Case |
|---|---|---|---|
| Name on petition | United Solar Ovonic LLC | Solar Integrated Technologies | |
| Relationship to this case | Subsidiary | Subsidiary | |
| Case number | | | |
| Chapter | 11 | 7 | |
| Date filed | 02/14/2012 | 02/14/2012 | |
| District | Michigan Eastern District | Michigan Eastern | |
| Division | Southern | Southern | |
| Judge | | | |
| Status/Disposition | Pending | Pending | |

(Pending, confirmed & still open, confirmed & closed, dismissed before/after confirmation, discharged, etc.)

If the present case is a Chapter 13 case, state for each companion case:

| Attorney | Aaron M. Silver, Esq | Aaron M. Silver, Esq. | |
|---|---|---|---|
| Legal fee | $ | $ | $ |

Proposed legal fee in this case   $ _____

Changes in circumstances which lead the debtor to reasonably believe that the current plan will be successful.

**Part 3 - In a Chapter 13 Case Only**

The Debtor(s) certify, re: 11 U.S.C.§ 1328(f):
  [indicate which]

  ❏ Debtor(s) received a discharge issued in a case filed under Chapter 7, 11, or 12 during the 4-years before filing this case.

  ❏ Debtor(s) did **not** receive a discharge issued in a case filed under Chapter 7, 11, or 12 during the 4-years before filing this case.

  ❏ Debtor(s) received a discharge in a Chapter 13 case filed during the 2-years before filing this case.

  ❏ Debtor(s) did **not** receive a discharge in a Chapter 13 case filed during the 2-years before filing this case.

I declare under penalty of perjury that I have read this form and that it is true and correct to the best of my information and belief.

_/s/ William C. Andrews_
**William Christopher Andrews**
Debtor

Date: 2/14/12

_/s/ Aaron M. Silver_
**Aaron M. Silver**
Debtor's Attorney
Bar no.: **P65481**
Address.: **Honigman Miller Schwartz and Cohn**
**2290 First National Building**
**660 Woodward Avenue**
**Detroit, Michigan 48226**
Telephone No.: **313-465-7560**
Fax No.: **313-465-7561**
E-mail address: **asilver@honigman.com**

**B1 (Official Form 1) (4/10)**

# United States Bankruptcy Court
## Eastern District of Michigan

## Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle): **Energy Conversion Devices, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **38-1749884** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State): **3800 Lapeer Road, Auburn Hills, MI** ZIP CODE **48326** | Street Address of Joint Debtor (No. & Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: **Oakland** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **3800 Lapeer Road, Auburn Hills, MI** | ZIP CODE **48326** |

### Type of Debtor (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

### Tax-Exempt Entity (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

### Filing Fee (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Energy Conversion Devices, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) ||| 
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| Name of Debtor: **United Solar Ovonic, LLC** | Case Number: | Date Filed: **2-14-2012** |
| District: **Michigan Eastern District** | Relationship: **Subsidiary** | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
|---|---|
| ☑ Exhibit A is attached and made a part of this petition. | **X Not Applicable** _____ Signature of Attorney for Debtor(s)    Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Energy Conversion Devices, Inc.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **Not Applicable**<br>Signature of Debtor<br><br>X **Not Applicable**<br>Signature of Joint Debtor<br><br>Telephone Number (If not represented by attorney)<br><br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X **Not Applicable**<br>(Signature of Foreign Representative)<br><br>(Printed Name of Foreign Representative)<br><br>Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X */s/ Aaron M. Silver*<br>Signature of Attorney for Debtor(s)<br><br>**Aaron M. Silver  Bar No. P65481**<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**Honigman Miller Schwartz and Cohn**<br>Firm Name<br><br>**2290 First National Building 660 Woodward Avenue**<br>Address<br><br>**Detroit, Michigan  48226**<br><br>313-465-7560     313-465-7561<br>Telephone Number<br><br>2/14/2012     asilver@honigman.com<br>Date     E-Mail Address<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address |

| **Signature of Debtor (Corporation/Partnership)** | X **Not Applicable** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/ William C. Andrews*<br>Signature of Authorized Individual<br><br>**William Christopher Andrews**<br>Printed Name of Authorized Individual<br><br>**Chief Financial Officer and Exec V. Pres**<br>Title of Authorized Individual<br><br>2/14/12<br>Date | Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

FORM B1, Page 4

| PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR | | |
|---|---|---|
| Name of Debtor | Case Number | Date |
| **Solar Integrated Technologies, Inc.** | | **2-14-2012** |
| District | Relationship | Judge |
| **Michigan Eastern District** | **Subsidiary** | |

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

In re: **Energy Conversion Devices, Inc.**

Debtor

Case No.

Chapter **11**

# Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is **32878**.

2. The following financial data is the latest available information and refers to debtor's condition on **12/31/2011**.

   a. Total assets — $ **986.3M**

   b. Total debts (including debts listed in 2.c., below) — $ **249.1M**

   | | | | | Approximate number of holders |
   |---|---|---|---|---|
   | c. | Debt securities held by more than 500 holders. | | | |
   | | secured    unsecured    subordinated | | | |
   | d. | Number of shares of preferred stock | | | |
   | e. | Number of shares of common stock | **53,389,506** | | |

   Comments, if any:

   **Total shares of common stock shown above are approximate outstanding as of December 31, 2011**

3. Brief description of debtor's business:

   **Manufacturers of flexible photovoltac laminates.**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

   **No person or entity owns 5% or more of the voting securities of the debtor.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

**ENERGY CONVERSION DEVICES, INC.**   Case No. _____

Chapter 11

Debtors.

_____/

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, William C. Andrews, declare under penalty of perjury that I am the Executive Vice President and Chief Financial Officer of Energy Conversion Devices, Inc., a Delaware Corporation, and that on February 13, 2012, the attached resolution was duly adopted by the Corporation.

Executed on: 2/14/12    Signed: /s/ William C. Andrews
                                William C. Andrews

10430769.1

# ENERGY CONVERSION DEVICES, INC.
# RESOLUTIONS ADOPTED AT A SPECIAL MEETING OF
# THE BOARD OF DIRECTORS

**WHEREAS,** the Board of Directors of Energy Conversion Devices, Inc. (the "Corporation") has determined that it is desirable that petitions be filed by the Corporation and by its subsidiary United Solar Ovonic LLC seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and a petition under chapter 7 of the Bankruptcy Code be filed by Solar Integrated Technologies, Inc.

**NOW, THEREFORE, BE IT RESOLVED,** that the officers and authorized representatives listed on <u>Exhibit A</u> hereto and any other person designated and so authorized to act (each, an "Authorized Officer") of the Corporation be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Corporation to execute and verify the petition of the Corporation under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of Michigan (the "Bankruptcy Court) at such time as the Authorized Officer executing the petition shall determine;

**BE IT FURTHER RESOLVED,** that the Authorized Officer of the Corporation be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Corporation, in its capacity as the direct or indirect shareholder or member of United Solar Ovonic LLC, to execute and verify a petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the Bankruptcy Court at such time as the Authorized Officer executing the petitions shall determine;

**BE IT FURTHER RESOLVED,** that the Authorized Officer of the Corporation be, and each hereby is, authorized, empowered, and directed, in its capacity as the officer and director of Solar Integrated Technologies, Inc. to execute and verify a petition under Chapter 7 of the Bankruptcy Code and to cause the same to be filed in the Bankruptcy Court at such time as the Authorized Officer executing the petitions shall determine;

**BE IT FURTHER RESOLVED,** that the Authorized Officers are authorized to employ Honigman Miller Schwartz and Cohn LLP as attorneys for the Corporation under a general retainer in the chapter 11 cases and the chapter 7 case, subject to the approval of the Bankruptcy Court, to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings and to cause to be filed an appropriate application for authority to retain the services of Honigman Miller Schwartz and Cohn LLP;

**BE IT FURTHER RESOLVED,** that any Authorized Officer be, and hereby is, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists,

applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that such Authorized Officer deems necessary or desirable in connection with the Corporation's or United Solar Ovonic LLC's chapter 11 case or in connection with Solar Integrated Technologies, Inc.'s chapter 7 case, with a view to the successful prosecution of such cases;

**BE IT FURTHER RESOLVED**, that any Authorized Officer and such other employees of the Corporation as the Authorized Officers shall designate from time to time, and any employees or agents (including counsel) designated by or directed by any such officers be, and hereby is, authorized, empowered, and directed, in the name and on behalf of the Corporation, in its own capacity as the direct or indirect shareholder or member of United Solar Ovonic LLC, to cause the Corporation and United Solar Ovonic LLC, as applicable, to negotiate, enter into, execute, deliver, certify, file, and or record, and perform such agreements, instruments, assignments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of any such officer shall be or become necessary, proper, and desirable to effectuate a successful reorganization of the Corporation's and United Solar Ovonic LLC's business;

**BE IT FURTHER RESOLVED,** that any Authorized Officer and such other employees of the Corporation as the Authorized Officers shall designate from time to time, and any employees or agents (including counsel) designated by or directed by any such officers be, and hereby is, authorized, empowered, and directed, as the officers and directors of Solar Integrated Technologies, Inc. to cause Solar Integrated Technologies, Inc. to negotiate, enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, assignments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of any such officer shall be or become necessary, proper, and desirable to effectuate a chapter 7 proceeding.

**BE IT FURTHER RESOLVED**, that each Authorized Officer, and such other officers of the Corporation as the Authorized Officers shall from time to time designate, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Corporation, in its own capacity and in its capacity as the direct or indirect shareholder or member of United Solar Ovonic, LLC, to (and any such actions heretofore taken by any of them are hereby ratified, confirmed and approved in all respects): (i) negotiate, execute, deliver and/or file any and all of the agreements, including without limitation, the Plan Support Agreement, documents and instruments referenced herein, and such other agreements, documents and instruments and assignments thereof as may be required or as such officers deem appropriate or advisable, or to cause the negotiation, execution and delivery thereof, in the name and on behalf of the Corporation, in its own capacity and in its capacity as the direct or indirect shareholder or member of United Solar Ovonic, LLC, in such form and substance as such officers may approve, together with such changes and amendments to any of the terms and conditions thereof as such officers may approve, with the execution and delivery thereof on behalf of the Corporation by or at the direction of such officers to constitute evidence of such approval, (ii) negotiate, execute, deliver and/or file, in the name and on behalf of the Corporation, in its own

2

capacity and in its capacity as the direct or indirect shareholder or member of United Solar Ovonic, LLC, any and all agreements, documents, certificates, consents, filings and applications relating to the resolutions adopted and matters ratified or approved herein and the transactions contemplated thereby, and amendments and supplements to any of the foregoing, and to take such other actions as may be required or as such officers deem appropriate or advisable in connection therewith, and (iii) do such other things as may be required, or as may in their judgment be appropriate or advisable, in order to effectuate fully the resolutions adopted and matters ratified or approved herein and the consummation of the transactions contemplated thereby;

**BE IT FURTHER RESOLVED**, that each Authorized Officer be, and each hereby is, authorized and empowered on behalf of and in the name of the Corporation, in its own capacity and in its capacity as the direct or indirect shareholder or member of United Solar Ovonic, LLC, and as officers and directors of Solar Integrated Technologies, Inc. to execute such consents as such Authorized Person considers necessary, proper or desirable to effectuate these resolutions, such determination to be evidenced by such execution or taking of such action; and

**BE IT FURTHER RESOLVED**, that any and all past actions heretofore taken by any Authorized Officer or Director of the Corporation in the name and on behalf of the Corporation, in its own capacity and in its capacity as the direct or indirect shareholder or member of United Solar Ovonic LLC, and as officer and director of Solar Integrated Technologies, Inc. in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

# United States Bankruptcy Court
## Eastern District of Michigan

In re  **Energy Conversion Devices, Inc.**                    Case No.

      Debtor.                                                Chapter  **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **Energy Conversion Devices, Inc.** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

_____  All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

**Owner**                                                        **% of Shares Owned**

**None**

OR,

  **X**\_\_  There are no entities to report.

By: _/s/ Aaron M. Silver_

**Aaron M. Silver**
Signature of Attorney

Counsel for  **Energy Conversion Devices, Inc.**
Bar no.:  **P65481**
Address.:  **Honigman Miller Schwartz and Cohn**
**2290 First National Building**
**660 Woodward Avenue**
**Detroit, Michigan  48226**
Telephone No.: 313-465-7560
Fax No.:  313-465-7561
E-mail address: asilver@honigman.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: **Energy Conversion Devices, Inc.**

Debtor

Case No. _____

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: 2/14/12

Signed: *[signature]*
William Christopher Andrews

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**In re:**

ENERGY CONVERSION DEVICES, INC.
et al.[1]

Debtors.

_____/

Chapter 11

Case No. _____
(Jointly Administered)

Hon. _____

## CONSOLIDATED LIST OF CREDITORS HOLDING LARGEST UNSECURED CLAIMS

Set forth below is a list of creditors holding the 40 largest unsecured claims against the Debtors as of the petition date. The list has been prepared on a consolidated basis from the books and records of the captioned Debtors. The information presented in the list below shall not constitute an admission by Debtors as to the validity or amount of any claim.[2]

The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the largest unsecured claims.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicated if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of Claim |
|---|---|---|---|---|
| The Bank of New York Mellon Trust Company, N.A. 2 N. LaSalle Street, Suite 1020 Chicago, IL 60602 | | Indenture Trustee | | 264,350,730.00* aggregate amount of all bond holders[3] |

---

[1] The Debtors in the proposed jointly administered cases are Energy Conversion Devices, Inc. and United Solar Ovonic, LLC.

[2] The Debtors will file the schedules of assets and liabilities (the "Schedules") in accordance with 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007. The information contained in the Schedules may differ from that set forth below. Furthermore, the Debtors have not yet identified which of their largest unsecured claims, if any, are contingent, unliquidated, disputed and/or subject to setoff. The Debtors reserve the right to identify any of their claims listed in their schedules as contingent, unliquidated, disputed and/or subject to setoff as appropriate. Inclusion of a claim on this consolidated list is not an admission that the amounts are or are not contingent, unliquidated, disputed and/or subject to setoff nor an admission that the amounts listed are owed by more than one of the Debtors.

[3] In addition to the Indenture Trustee, this schedule identifies the nine largest individual bond holders based on the latest publicly available information. Each individual bondholder's claim is duplicative of the Indenture Trustee's claims.

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicated if claim is contingent, unliquidated, disputed or subject to setoff* | (5) *Amount of Claim* |
|---|---|---|---|---|
| Sanders Morris Harris<br>c/o The Bank of New York Mellon Trust Company, N.A.<br>2 N. LaSalle Street, Suite 1020<br>Chicago, IL 60602 | Robert Stark, Esq.<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>Phone: (212) 209-4862<br>Fax: (212) 938-2862<br>rstark@brownrudnick.com | Bondholder | | 112,307,820.00 |
| Angelo Gordon & Company<br>c/o The Bank of New York Mellon Trust Company, N.A.<br>2 N. LaSalle Street, Suite 1020<br>Chicago, IL 60602 | Robert Stark, Esq.<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>Phone: (212) 209-4862<br>Fax: (212) 938-2862<br>rstark@brownrudnick.com | Bondholder | | 54,459,022.00 |
| Diamondback Capital<br>c/o The Bank of New York Mellon Trust Company, N.A.<br>2 N. LaSalle Street, Suite 1020<br>Chicago, IL 60602 | Robert Stark, Esq.<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>Phone: (212) 209-4862<br>Fax: (212) 938-2862<br>rstark@brownrudnick.com | Bondholder | | 23,277,143.00 |
| Wolverine Asset Management<br>c/o The Bank of New York Mellon Trust Company, N.A.<br>2 N. LaSalle Street, Suite 1020<br>Chicago, IL 60602 | | Bondholder | | 22,080,811.00 |
| Zazone Associates LLC<br>c/o The Bank of New York Mellon Trust Company, N.A.<br>2 N. LaSalle Street, Suite 1020<br>Chicago, IL 60602 | | Bondholder | | 17,065,772.00 |
| Bank of America Corp<br>c/o The Bank of New York Mellon Trust Company, N.A.<br>2 N. LaSalle Street, Suite 1020<br>Chicago, IL 60602 | | Bondholder | | 15,461,853.00 |
| SMH Capital Advisors<br>c/o The Bank of New York Mellon Trust Company, N.A.<br>2 N. LaSalle Street, Suite 1020<br>Chicago, IL 60602 | Robert Stark, Esq.<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>Phone: (212) 209-4862<br>Fax: (212) 938-2862<br>rstark@brownrudnick.com | Bondholder | | 5,679,782.00 |
| Tamalpais Asset Mangaement<br>c/o The Bank of New York Mellon Trust Company, N.A.<br>2 N. LaSalle Street, Suite 1020<br>Chicago, IL 60602 | | Bondholder | | 4,065,699.00 |
| Barclays PLC<br>c/o The Bank of New York Mellon Trust Company, N.A.<br>2 N. LaSalle Street, Suite 1020<br>Chicago, IL 60602 | | Bondholder | | 1,947,470.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicated if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of Claim |
|---|---|---|---|---|
| EIS, Inc.<br>P. O. Box 98059<br>Chicago, IL 60693-8059 | Al Snowden<br>EIS, Inc.<br>13311 Enterprise Avenue<br>Cleveland, OH 44135<br>216 509 4348 | Trade Creditor of USO | | 499,915.27 |
| Aperam Alloys USA, Inc.<br>2650 Eisenhower Avenue<br>Building A, Suite 102<br>Audobon, PA 19403 | Richard Moschetti<br>Aperam Alloys USA, Inc.<br>2650 Eisenhower Avenue<br>Building A, Suite 102<br>Norristown, PA 19403<br>610 842 2161.<br>richard.moschetti@asperam.com | Trade Creditor of USO | | 286,775.05 |
| Marubeni Iotchu Steel America<br>1000 Town Center<br>Suite 2430<br>Southfield, MI 48075 | Daniel Pooler<br>Marubeni-Itochu Steel America<br>1000 Town Center, Suite 2430<br>Southfield, MI 48075<br>Phone: 248-200-3392<br>Pooler-D@us.benichu.com | Trade Creditor of USO | | 278,394.55 |
| 3800 Lapeer Road<br>401 S. Woodward Avenue<br>Suite 300<br>Birmingham, MI 48009 | | Landlord | | 237,866.92 |
| Eagle Brass Co.<br>1243 Old Bernville Road<br>Leesport, PA 19533-9605 | Tony Izbicki<br>1243 Old Bernville Road<br>Leesport, PA 19533<br>610 926 4111 | Trade Creditor of USO | | 237,170.92 |
| Pegasus Group<br>Attn: Phil Jones<br>1148 Alpine Road<br>Walnut Creek, CA 94596 | | Landlord | | 215,269.73 |
| Taj Cabinet d'avocats<br>181, avenue Charles de Gaulle<br>92524 Neuilly-sur-Seine Cedex<br>France | Attn: Maude DaVene<br>(33)-1-55-61-48-57<br>Taj Cabinet d'avocats<br>181, avenue Charles de Gaulle<br>92524 Neuilly-sur-Seine Cedex<br>France | Trade Creditor of USO | | 210,029.00 |
| City of Greenville<br>411 South Lafayette Street<br>Greenville, MI 48838 | | Refund of Grant Proceeds | | 209,866.49 |
| All Foils, Inc.<br>16100 Imperial Parkway<br>Strongville, OH 44149 | Alex Bartlett<br>16100 Imperial Parkway<br>Strongsville, OH 44149<br>440 378 0138<br>awbartett@allfoils.com | Trade Creditor of USO | | 178,527.37 |
| Elektrisola Feindraht AG<br>Hauuptstrasse 35<br>Escholzmatt CH-6182<br>SWITZERLAND | Benno Zemp<br>Hauptstrasse 35<br>Postfach 177<br>CH-6182 Escholzmatt<br>+41 (41) 487 77 10<br>benno.zemp@elektrisola.ch | Trade Creditor of USO | | 150,203.43 |

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicated if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of Claim |
|---|---|---|---|---|
| TTI Inc<br>2441 Northeast Parkway<br>Fort Worth, TX 76106 | Curtis Payment<br>28221 Beck Road, Suite A-5<br>Wixom, MI 48393<br>248 214 8706 | Trade Creditor of USO | | 148,729.75 |
| Campbell Industrial Contract<br>123 East Bloomfield<br>Royal Oak, MI 48133 | Jeff Campbell<br>824/836 East 10 Mile Road<br>Hazel Park, MI 48030<br>248 789 8023 | Trade Creditor of USO | | 136,550.00 |
| Ort Tool & Die Corporation<br>6555 South Dixie Highway<br>Erie, MI 48133 | Bob Milano<br>6555 South Dixie Hwy.<br>Erie, MI 48133<br>734 848 1110<br>bmilano@orttool.com | Trade Creditor of USO | | 121,756.36 |
| Ameri-Source<br>5372 Enterprise Blvd<br>Bethel park, PA 15102 | Ajay Goel<br>5372 Enterprise Blvd.<br>Pittsburgh, PA 15102<br>412 952 6033<br>ajay@ameri-source.com | Trade Creditor of USO | | 97,832.70 |
| Advanced Roofing, Inc.<br>1950 NW22nd Street<br>Fort Lauderdale, FL33311 | Rob Kornahrens<br>President<br>1950 NW 22nd St, Fort Lauderdale, FL 33311<br>954-522-6868 x1021<br>robk@advancedroofing.com | Trade Creditor of USO | | 86,613.97 |
| Wieland-Davco Canada Inc.<br>4162 English Oak Drive<br>Lansing, MI 48911 | Damian Starr<br>416 North Cedar Street<br>Lansing, MI 48912<br>517 204 4106 | Trade Creditor of USO | | 84,196.30 |
| Novi Precision Products, Inc.<br>11777 Grand River Road<br>Brighton, MI 48116 | John Goit<br>11777 E. Grand River<br>Brighton, MI 48116<br>810 227 1024<br>john.goit@noviprecision.com | Trade Creditor of USO | | 76,900.00 |
| Duff & Phelps LLC<br>55 E. 52nd Street<br>31st Floor<br>New York, NY 10055 | | Trade Creditor of ECD and USO | | 64,608.12 |
| The NASDAQ Stock Market LLC<br>Lockbox 20200<br>P. O. Box 8500<br>Philadelphia, PA 19178-0200 | | Trade Creditor of ECD | | 46,500.00 |
| Aerotek<br>P. O. Box 198531<br>Atlanta, GA 30384-8531 | Dave Budd<br>20750 Civic Center Dr.,<br>Suite 500<br>Southfield, MI 48076<br>248 678 3022<br>dabudd@aerotek.com | Trade creditor of ECD and USO | | 37,906.39 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicated if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of Claim |
|---|---|---|---|---|
| Advanced Green Technologies<br>1950 NW 22nd Street<br>Ft. Lauderdale, FL 33311 | Rob Kornahrens<br>President<br>1950 NW 22nd St, Fort Lauderdale, FL 33311<br>954-522-6868 x1021<br>robk@advancedroofing.com | Warranty claimant of USO | | unknown |
| Centrosolar AG<br>Anckelmannsplatz 1<br>Hamburg D-20537<br>GERMANY | Sabine Regenbrecht<br>Director Strategic Procurement<br>CENTROSOLAR AG<br>Otto-Stadler-Str. 23<br>33100 Paderborn<br>Phone: +49 (0) 5251 / 50050 - 220<br>Mobil : +49 (0) 160 989 630 94<br>Sabine.Regenbrecht@centrosolar.com | Warranty claimant of USO | | unknown |
| General Membrane SpA<br>Via Venezia, 28<br>Attn: Perantonia Saccardo<br>Ceggia (VE)<br>I-30022<br>ITALY | Luca Baradel<br>Ufficio ACQUISTI<br>baradel.luca@generalmembrane.it<br>Tel +39 0421 322000<br>Fax +39 0421 322800 | Warranty claimant of USO | | unknown |
| Hoesch Contecna Systembau GmbH<br>Via Tannino, 6<br>Bibbiena (AR) 52011<br>ITALY<br>Fon:<br>Fax:<br>eMail: | FRANZEN Metall-Umformtechnik GMBH<br>Jürgen Krämer<br>Geschäftsführer<br><br>Hausener Straße 47-49<br>56736 Kottenheim<br>+49 (0) 2651 4008 - 321<br>+49 (0) 2651 4008 - 399<br><br>Juergen.Kraemer@franzengroup.net | Warranty claimant of USO | | unknown |
| Kalzip GmbH<br>Postfach 10 03 16<br>Koblenz<br>D-56033<br>GERMANY | Thorsten Klein<br>Purchase Manager<br>T +49 (0) 261 9834 311<br>M +49 (0) 160 90916000<br>F +49 (0) 261 9834 101<br>Thorsten.Klein@kalzip.com | Warranty claimant of USO | | unknown |
| Metecno Industrie SpA<br>Thyssenstrassee 6-8<br>Lubbecke D-32312<br>GERMANY | Metecno legal counsel<br>Avv. Giuseppe Matera<br>Matera Bonaccorsi Hein & Partner<br>Largo Donegani, 2  I-20121 Milano<br>Tel. +39 02 29005476 (375)<br>Fax +39 02 29005470<br>E-mail: giuseppe.matera@mblegale.it | Warranty claimant of USO | | unknown |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicated if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of Claim |
|---|---|---|---|---|
| Praxair Electronics<br>175 East Park Drive<br>Tonawanda, NY 14150<br>United States of America | Tom Schulte<br>175 East Park Drive<br>Tonawanda, NY 14150<br>United States of America<br>+1 (716) 308-3263<br>Tom_Schulte@praxair.com | Trade Creditor of USO and ECD | | unknown |
| Richard Rathvon<br>Sean T. O'Meara<br>Archer & Greiner<br>One Centennial Square<br>P. O. box 3000<br>Haddenfield, NJ 08033-0968 | Sean T. O'Meara<br>Archer & Greiner<br>One Centennial Square<br>P. O. Box 3000<br>Haddonfield, NJ 08033-0968<br>Phone: 856-795-2121 | Commissions | | unknown |
| Solardis-Soprasolar<br>Thyssenstrassee 6-8<br>Lubbecke D32312<br>Germany | Jean Damian<br>Solardis<br>104 Avenue Victor Hugo<br>75116 PARIS<br>Tél. 01.56.90.33.28<br>Fax. 01.56.90.33.29<br>jdamian@soprasolar.com<br><br>or<br>Attn: Guido Poschlod | Warranty claimant of USO | | unknown |
| Specialized Technology<br>19200 Asheville Highway<br>Landrum, SC 29356 | Steve Greene<br>24 Scitico Road<br>P.O. Box 813<br>Sumers, CT 06072<br>860 593 2770<br>steven.greene@strsolar.com | Trade Creditort | | unknown |
| SunEdison LLC<br>600 Clipper Drive<br>Belmont, CA 94002 | Rob Weagle<br>Project Manager Site Restoration<br>rweagle@sunedison.com<br>mobile: (443) 758-3314 | Warranty claimant | | unknown |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, William C. Andrews, Chief Financial Officer of the Corporation named as Debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Dated: February 14, 2012    Signature: *[signature]*
William Christopher Andrews
Chief Financial Officer & Exec. Vice President

10417092.2

CONSOLIDATED LIST OF CREDITORS
12-43166-tjt    Doc 1    Filed 02/14/12    Entered 02/14/12 09:17:50    Page 19 of 19