UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                          Chapter 11

**ENERGY CONVERSION DEVICES, INC.,**            Case No. 12-43166-TJT
et al,[1]                                       (Jointly Administered)

     Debtors.                                HON. THOMAS J. TUCKER
_____/

## APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

     Pursuant to § 1102(a) and (b) of the Bankruptcy Code, the following creditors of the
above-named debtor, being among those holding the largest unsecured claims (or who are
members of a committee organized by creditors prior to the order for relief under chapter 11 of
the Bankruptcy Code who were fairly chosen and are representative of the different kinds of
claims to be represented) and who are willing to serve, are appointed to the Committee of
Unsecured Creditors:

Donna J. Parisi
The Bank of New York Mellon Trust
Company, National Association, as Indenture
Trustee
6525 West Campus Oval, Ste. 200
New Albany, OH 43054
Phone: 614-775-5279
Fax: 614-775-5636
Email: donna.parisi@bnymellon.com

Richard Rathvon
C/O Liberty Power
1901 W. Cypress Creek, Ste. 600
Ft. Lauderdale, Florida 33309
Phone: 954-616-7201
Email: rrathvon@gmail.com

Bob Daily
The Pegasus Group, Inc.
1148 Alpine Road
Walnut Creek, California 94596
Phone: 925.930.0810 ext. 102
Fax: 925.256.0300
Email: daileyb@pegasusgroup.net

Ajay Goel
Ameri-Source
5372 Enterprise Blvd.
Bethel Park, PA 15102
Phone: 412-831-9400
Fax:  412-831-9401
ajay@ameri-source.com

Jeffrey Weiss, Esq.
Praxair, Inc.
39 Old Ridgebury Rd.
Danbury, CT 06810
Phone: 203-837-2104
Fax: 203-837-2515
Email: Jeffrey_weiss@praxair.com

David Goodman
Advanced Green Technologies, Inc.
2100 NW 21st Street
Fort Lauderdale, FL 33311
Phone:  954-734-2641
Fax:  954-734-2644
Email: davidg@agt.com

---

[1]    The Debtors are the following entities: Energy Conversion Devices,  Inc. (Case No. 12-43166) and
United Solar Ovonic LLC (Case No. 12-43167)

Narendra Patel
Marubeni Itochu Steel America, Inc.
20 North Martingale Rd., Ste. 270
Schaumburg, IL 60173
Phone: 847.330.8651
Fax: 847.995.8063
Email: pateln@misa.com

**DANIEL M. McDERMOTT**
**UNITED STATES TRUSTEE**
Region 9

By:     /s/ David K. Foust (P23450)
        David.K.Foust@usdoj.gov
        Trial Attorney
        Office of the U.S. Trustee
        211 West Fort St - Suite 700
        Detroit, Michigan 48226
        (313) 226-7954

Dated: February 27, 2012

2