UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In re:**<br><br>**ENERGY CONVERSION DEVICES, INC., et al.[1],**<br><br>Debtors. | Chapter 11<br><br>Case No. 12-43166<br>(Jointly Administered)<br><br>Judge Thomas Tucker |

**SUPPLEMENT TO DEBTORS' MOTION FOR AN ORDER
AUTHORIZING THE SALE OF CERTAIN EQUIPMENT FREE AND
CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES**

Energy Conversion Devices, Inc. ("**ECD**") and United Solar Ovonic LLC ("**USO**"), as debtors and debtors in possession in the above-captioned Chapter 11 cases (collectively the "**Debtors**"), for their Supplement to Debtors' Motion for an Order Authorizing the Sale of Certain Equipment Free and Clear of Liens, Claims and Encumbrances state:

1. On February 24, 2012, Debtors filed their *Debtors' Motion for an Order Authorizing the Sale of Certain Equipment Free and Clear of Liens, Claims and Encumbrances* (the "**AH2 Motion**") [Docket No. 71].

2. Since filing the AH2 Motion, the Debtors have been able to take inventory of the AH2 Equipment referenced in the AH2 Motion. Accordingly, attached as **Supplement Exhibit 6** is the list of the AH2 Equipment.

3. The Debtors have also been able to establish a timeline for the proposed asset sale, which the Debtors seek Court approval of in the AH2 Motion. The proposed timeline is as follows:

---

[1] The Debtors in these jointly administered cases are Energy Conversion Devices, Inc. (Case No. 12-43166) and United Solar Ovonic LLC (Case No. 12-43167).

a. March 23 to March 29, 2012 - Online auction sale for the AH2 Equipment at www.hilcoind.com/sales (the "**Online Auction**")

b. April 20, 2012 - Removal deadline for buyers of the AH2 Equipment

4. During the Online Auction, there will be no bidding at 2705 Commerce Parkway, Auburn Hills, Michigan (the "**AH2 Facility**"), but buyers anywhere in the world may participate in the Online Auction at the Hilco website referenced above.

5. While the Debtors do not propose to sell any AH2 Equipment before March 29, 2012, the Debtors do intend to begin receiving bids on the AH2 Equipment on March 23, 2012. Therefore, out of an abundance of caution, the Debtors request the waiver of Rule 6004(h) of the Federal Rules of Bankruptcy Procedure.

6. Accordingly, attached as **Supplement Exhibit 1** is the revised proposed Order Authorizing the Sale of Certain Equipment Free and Clear of Liens, Claims and Encumbrances, redlined to show the revisions from the form attached to the AH2 Motion.

                HONIGMAN MILLER SCHWARTZ AND COHN LLP
                Proposed counsel for the Debtors

                By:    /s/ Aaron M. Silver
Date: March 6, 2012         Robert B. Weiss (P28249)
                       Judy B. Calton (P38733)
                       Aaron M. Silver (P65481)
                2290 First National Building
                660 Woodward Avenue
                Detroit, MI 48226
                Telephone: (313) 465-7000
                Facsimile: (313) 465-8000
                Email: asilver@honigman.com

<u>**Supplement Exhibit 6**</u>

**AH2 Equipment List**

| Item # | Description | Information | Quantity | Unit of Measure | FA NUMBER |
|---|---|---|---|---|---|
| 1 | Tan 2 door cabinet metal | | 1 | each | |
| 2 | Black 2 door cabinet metal | | 1 | each | |
| 3 | Black 2 door cabinet plastic | | 1 | each | |
| 4 | Tan 4 drawer metal file cabinet | HON | 1 | each | |
| 5 | Black 4 drawer metal file cabinet | HON | 1 | each | |
| 6 | Gray 3 drawer cabinet | HON | 1 | each | |
| 7 | Gray 3 drawer cabinet | HON | 1 | each | |
| 8 | Gray 2 door cabinet | HON | 1 | each | |
| 9 | Gray 4 drawer file cabinet | HON | 1 | each | |
| 10 | Plastic chairs one stack of 10 | | 1 | each | |
| 11 | Plastic chairs one stack of 10 | | 1 | each | |
| 12 | Plastic chairs one stack of 10 | | 1 | each | |
| 13 | Plastic chairs one stack of 10 | | 1 | each | |
| 14 | Plastic chairs one stack of 10 | | 1 | each | |
| 15 | Plastic chairs one stack of 10 | | 1 | each | |
| 16 | Plastic chairs one stack of 10 | | 1 | each | |
| 17 | Plastic chairs one stack of 10 | | 1 | each | |
| 18 | Plastic chairs one stack of 10 | | 1 | each | |
| 19 | Plastic chairs one stack of 10 | | 1 | each | |
| 20 | Plastic chairs one stack of 10 | | 1 | each | |
| 21 | Plastic chairs one stack of 10 | | 1 | each | |
| 22 | Plastic chairs one stack of 10 | | 1 | each | |
| 23 | Gray plastic trash can with lid | Rubermaid | 1 | each | |
| 24 | Gray plastic trash can with lid | Rubermaid | 1 | each | |
| 25 | Rubbermaid recyclable blue (paper) | | 1 | each | |
| 26 | Rubbermaid recyclable blue (paper) | | 1 | each | |
| 27 | Rubbermaid recyclable blue (paper) | | 1 | each | |
| 28 | Rubbermaid recyclable blue (paper) | | 1 | each | |
| 29 | 24'' x 18'' (2) shelves wire rack | | 1 | each | |
| 30 | 24'' x 18'' (2) shelves wire rack | | 1 | each | |
| 31 | 24'' x 18'' (2) shelves wire rack | | 1 | each | |
| 32 | 24'' x 18'' (2) shelves wire rack | | 1 | each | |
| 33 | 24'' x 18'' (2) shelves wire rack | | 1 | each | |
| 34 | 24'' x 18'' (2) shelves wire rack | | 1 | each | |
| 35 | 24'' x 18'' (2) shelves wire rack | | 1 | each | |
| 36 | 24'' x 18'' (2) shelves wire rack | | 1 | each | |
| 37 | 24'' x 18'' (2) shelves wire rack | | 1 | each | |
| 38 | 24'' x 18'' (2) shelves wire rack | | 1 | each | |
| 39 | 24'' x 24'' (2) shelves wire rack | | 1 | each | |
| 40 | 24'' x 24'' (2) shelves wire rack | | 1 | each | |
| 41 | 24'' x 24'' (4) shelves wire rack | | 1 | each | |
| 42 | 24'' x 24'' (4) shelves wire rack | | 1 | each | |
| 43 | 24'' x 24'' (4) shelves wire rack | | 1 | each | |
| 44 | 24'' x 18'' (4) shelves wire rack | | 1 | each | |
| 45 | 24'' x 18'' (4) shelves wire rack | | 1 | each | |
| 46 | 24'' x 18'' (4) shelves wire rack | | 1 | each | |
| 47 | 24'' x 24''(2) shelves wire rack | | 1 | each | |
| 48 | 36'' x 18'' (4) shelves wire rack | | 1 | each | |
| 49 | Black metal coat rack with base | | 1 | each | |
| 50 | Black metal coat rack | | 1 | each | |
| 51 | Wire coat rack | | 1 | each | |
| 52 | 24'' x 32'' blue roller rack (3) shelves | | 1 | each | |
| 53 | 30'' x 36'' blue roller rack (3) shelves | | 1 | each | |
| 54 | 30'' x 36'' blue roller rack (3) shelves | | 1 | each | |
| 55 | 75.5'' x 37'' blue roller rack (3) shelves | | 1 | each | |
| 56 | 45'' x 45'' blue roller rack (3) shelves | | 1 | each | |
| 57 | 45'' x 45'' blue roller rack (3) shelves | | 1 | each | |
| 58 | 61'' x 33'' blue roller rack (30 shelves | | 1 | each | |
| 59 | Tan metal bookcase (3) shelves | | 1 | each | |
| 60 | Office mail box metal - 3 shelf | | 1 | each | |
| 61 | Metal rolling cell cart (4) shelves 76'' x 24'' | | 1 | each | |
| 62 | Metal rolling cell cart (4) shelves 76'' x 24'' | | 1 | each | 299? |
| 63 | Metal rolling cell cart (4) shelves 76'' x 24'' | | 1 | each | 3013 |
| 64 | Metal rolling cell cart (4) shelves 76'' x 24'' | | 1 | each | 3014 |
| 65 | Metal rolling cell cart (4) shelves 76'' x 24'' | | 1 | each | 3003 |
| 66 | Metal rolling cell cart (4) shelves 76'' x 24'' | | 1 | each | |
| 67 | Metal rolling cell cart (4) shelves 76'' x 24'' | | 1 | each | 3008 |
| 68 | Metal rolling cell cart (2) shelves 72'' x 24'' | | 1 | each | |

| # | Description | Qty | Unit | Code |
|---|---|---|---|---|
| 69 | Metal rolling cell cart (2) shelves 72'' x 24'' | 1 | each | |
| 70 | Metal rolling cell cart (2) shelves 72'' x 24'' | 1 | each | |
| 71 | Metal rolling cell cart (2) shelves 72'' x 24'' | 1 | each | |
| 72 | Metal rolling cell cart (2) shelves 72'' x 24'' | 1 | each | |
| 73 | Metal rolling cell cart (2) shelves 72'' x 24'' | 1 | each | |
| 74 | Metal rolling cell cart (2) shelves 72'' x 24'' | 1 | each | |
| 75 | Metal rolling cell cart (2) shelves 72'' x 24'' | 1 | each | |
| 76 | Metal rolling cell cart (2) shelves 72'' x 24'' | 1 | each | |
| 77 | Metal rolling cell cart (2) shelves 72'' x 24'' | 1 | each | |
| 78 | Metal rolling cell cart (2) shelves 72'' x 24'' | 1 | each | |
| 79 | Metal rolling cell cart (2) shelves 72'' x 24'' | 1 | each | |
| 80 | Metal rolling cell cart (2) shelves 72'' x 24'' | 1 | each | |
| 81 | Metal rolling cell cart (2) shelves 72'' x 24'' | 1 | each | |
| 82 | Metal rolling cell cart (2) shelves 72'' x 24'' | 1 | each | |
| 83 | Metal rolling cell cart (2) shelves 72'' x 24'' | 1 | each | |
| 84 | Metal rolling cell cart (2) shelves 72'' x 24'' | 1 | each | |
| 85 | Metal rolling cell cart (2) shelves 72'' x 24'' | 1 | each | |
| 86 | Metal rolling cell cart (4) shelves 50'' x 24'' | 1 | each | 3001 |
| 87 | Metal rolling cell cart (4) shelves 50'' x 24'' | 1 | each | 3004 |
| 88 | Metal rolling cell cart (4) shelves 50'' x 24'' | 1 | each | |
| 89 | Metal rolling cell cart (4) shelves 50'' x 24'' | 1 | each | 3005 |
| 90 | Metal rolling cell cart (4) shelves 50'' x 24'' | 1 | each | 301? |
| 91 | Metal rolling cell cart (4) shelves 50'' x 24'' | 1 | each | |
| 92 | Metal rolling cell cart (4) shelves 50'' x 24'' | 1 | each | |
| 93 | Cotterman metal 3 step ladder (rolling) | 1 | each | |
| 94 | Cotterman metal 3 step ladder (rolling) | 1 | each | |
| 95 | Cotterman metal 3 step ladder (rolling) | 1 | each | |
| 96 | Cotterman metal 3 step ladder (rolling) | 1 | each | |
| 97 | Cotterman metal 3 step ladder (rolling) | 1 | each | |
| 98 | Cotterman metal 3 step ladder (rolling) | 1 | each | |
| 99 | Cotterman metal 3 step ladder (rolling) | 1 | each | |
| 100 | Cotterman metal 3 step ladder (rolling) | 1 | each | |
| 101 | Cotterman metal 3 step ladder (rolling) | 1 | each | |
| 102 | Cotterman metal 3 step ladder (rolling) | 1 | each | |
| 103 | Cotterman metal 4 step ladder (rolling) | 1 | each | |
| 104 | Cotterman tilt roll 4 step ladder | 1 | each | |
| 105 | Cotterman tilt roll 4 step ladder | 1 | each | |
| 106 | Cotterman tilt roll 4 step ladder | 1 | each | |
| 107 | Cotterman rolling ladder | 1 | each | |
| 108 | Ballymore tilt 4 step ladder | 1 | each | |
| 109 | Ballymore tilt 4 step ladder | 1 | each | |
| 110 | Cotterman 2 step- step ladder | 1 | each | |
| 111 | Cotterman 2 step- step ladder | 1 | each | |
| 112 | 24'' x 24'' (4) shelves wire rack | 1 | each | |
| 113 | 24'' x 24'' (4) shelves wire rack | 1 | each | |
| 114 | 24'' x 24'' (4) shelves wire rack | 1 | each | |
| 115 | Misc plastics Bin boxes | 1 | pallet | |
| 116 | Misc plastics Bin boxes | 1 | pallet | |
| 117 | Misc plastics Bin boxes | 1 | pallet | |
| 118 | Misc plastics Bin boxes | 1 | pallet | |
| 119 | 60'' x 30'' maple top work bench | 1 | each | |
| 120 | 60'' x 30'' maple top work bench | 1 | each | |
| 121 | 60'' x 30'' maple top work bench | 1 | each | |
| 122 | 72'' x 30'' maple top work bench | 1 | each | |
| 123 | 72'' x 30'' maple top work bench | 1 | each | |
| 124 | 84'' x 36'' maple top work bench | 1 | each | |
| 125 | 96'' x 36'' maple top work bench | 1 | each | |
| 126 | 84'' x 36'' maple top work bench | 1 | each | |
| 127 | 100'' x 36'' maple top work bench | 1 | each | |
| 128 | 72'' x 36'' metal top work bench | 1 | each | |
| 129 | 72'' x 36'' metal top work bench | 1 | each | |
| 130 | 72'' x 36'' metal top work bench | 1 | each | |
| 131 | 72'' x 36'' metal top work bench | 1 | each | |
| 132 | 72'' x 36'' metal top work bench | 1 | each | |
| 133 | 60'' x 30'' metal top work bench | 1 | each | |
| 134 | 60'' x 30'' metal top work bench | 1 | each | |
| 135 | 72'' x 36'' vinyl cover work bench | 1 | each | |
| 136 | Misc roller flow racks: 53" wide | 1 | pallet | |
| 137 | Misc roller flow racks: 53" wide | 1 | pallet | |

| # | Item | Details | Qty | Unit | Ref |
|---|---|---|---|---|---|
| 138 | Misc roller flow racks: 53" wide | | 1 | pallet | |
| 139 | Misc roller flow racks: 53" wide | | 1 | pallet | |
| 140 | Misc roller flow racks: 24" wide | | 1 | pallet | |
| 141 | Misc roller flow racks: 24" wide | | 1 | pallet | |
| 142 | Misc roller flow racks: 24" wide | | 1 | pallet | |
| 143 | Work table 110'' x 18'' | | 1 | each | |
| 144 | Coil turn around racks | | 1 | each | |
| 145 | Coil turn around racks | | 1 | each | |
| 146 | Small green coil rack | | 1 | each | |
| 147 | Wesco battery lift kart | Model PCBFL-76-25, Serial # 181796 | 1 | each | |
| 148 | Vestil wheel base lift kark | Model LIFTR-2-Global , 500lbs. | 1 | each | |
| 149 | Green flow rack(wheeled based) 105'' x 36'' | | 1 | each | |
| 150 | Yellow pallet jack (5500 lbs) | Liftrite | 1 | each | |
| 151 | Yellow pallet jack (5500 lbs) | Liftrite | 1 | each | |
| 152 | Red pallet jack (6000 lbs) | Dayton 4YX96 | 1 | each | |
| 153 | 35'' x 18'' rolling wire rack | | 1 | each | |
| 154 | 35'' x 18'' rolling wire rack | | 1 | each | |
| 155 | 35'' x 18'' rolling wire rack | | 1 | each | |
| 156 | 6'' x 21/2''  clear plastic bins | | 36 | each | |
| 157 | 6'' x 21/2''  clear plastic bins | | 32 | each | |
| 158 | Blue 5's rolling cart | | 1 | each | |
| 159 | 24'' x 24'' (2) shelves wire rack | | 1 | each | |
| 160 | 24'' x 24'' (4) shelves wire rack | | 1 | each | |
| 161 | 81'' x 24'' steam test table | | 1 | each | |
| 162 | 24'' x 18 1/2'' Starrett stone table | | 1 | each | |
| 163 | 60'' x 30'' cell blending table | | 1 | each | |
| 164 | 60'' x 30'' cell blending table | | 1 | each | |
| 165 | Large Rubbermaid recyclable blue (paper) | | 1 | each | |
| 166 | Wood computer cart | | 1 | each | |
| 167 | Wood computer cart | | 1 | each | |
| 168 | Wood computer cart | | 1 | each | |
| 169 | Wood computer cart | | 1 | each | |
| 170 | Full Size Fridge | Haier Brand | 1 | each | |
| 171 | Full Size Fridge | Haier Brand | 1 | each | |
| 172 | Plastic chairs one stack of 10 | | 1 | each | |
| 173 | 2 step folding plastic ladder | Cosco | 1 | each | |
| 174 | 2'x4' metal, wood top workbench | | 1 | each | |
| 175 | Small fridge | Majic Chef | 1 | each | |
| 176 | Staco Energy - Uninteruptible Power Supplu Battery Back up System | 24/36/50/80kva 3phase input - output | 1 | each | E-2109 |
| 177 | Kalmar 3500 Fork Lift | Model #1 E50BXEV, Serial 32388A | 1 | each | |
| 178 | Yale Tugger | Model # MTR700LCN24T, Serial A817N06274W | 1 | each | |
| 179 | Yale Tugger | Model # MTR700LCN24T, Serial A817N06275W | 1 | each | |
| 180 | Raymond 4000 Lift | Model # EASIR4011, Serial #ETB-99-0744 | 1 | each | |
| 181 | Raymond 4000 Lift | Model # EASIR4011, Serial #ETB-99-0744 | 1 | each | |
| 182 | Toyota 3500 Coil Lift | Model #7BRU18, Serial #7BRU18-24072 | 1 | each | |
| 183 | Toyota 3500 Coil Lift | Model #7BRU18, Serial #7BRU18-24072 | 1 | each | |
| 184 | Modular Office | 12 x 12 size, with A/C unit, 1 Door, 1 Window | 1 | each | |
| 185 | Modular Office | 12 x 12 size, with A/C unit, 1 Door, 1 Window | 1 | each | |
| 186 | Pallet Racking | | 1 | lot | |
| 187 | 74 1/2 '' x 38'' target inspection table | | 1 | each | |
| 188 | Wood top rolling workbench 80x36 | | 1 | each | |
| 189 | Back up generator | | 1 | each | |
| 190 | Thermal oxidizer | | 1 | each | |
| 191 | Air compressors & dryers | Two Kaeser compressors and (1) dryer | 2 | each | |
| 192 | Lamination Oven Sytems | | 2 | each | |
| 193 | Aerzen Pump Stacks | | 4 | each | |
| 194 | Kinney Vacuum pumps | | 2 | each | |
| 195 | Jetline web welders | | 2 | lot | |
| 196 | Web wash system | | 1 | each | |
| 197 | Overhead crane | (2) ten ton, (1) 7.5 ton, (1) 3 ton | 4 | each | |
| 198 | Tool Room vertical mill | (1) Alliant + (1) Atlas | 1 | each | |
| 199 | Tool Room drill press | | 3 | each | |

| # | Item | Description | Qty | Unit |
|---|---|---|---|---|
| 200 | Tool Room band saw | Doall and Roll-In-Saw | 2 | lot |
| 201 | Lathe | Jet | 1 | each |
| 202 | Bench grinder | Baldor | 1 | each |
| 203 | Hydraulic Press | 55 ton | 1 | each |
| 204 | Shrink Wrap Machine | | 1 | each |
| 205 | Reverse Osmosis water treatment system | | 1 | each |
| 206 | Chilled water system (glycol, heat exchangers, pumps) | | 1 | each |
| 207 | Miscellaneous fasteners, hardware | | 7 | pallet |
| 208 | Restroom Lockers | | 2 | lot |
| 209 | Rooftop Air Handling Units | | 3 | each |
| 210 | Dock Ceiling Heaters | | 2 | each |
| 211 | Shipping Scale | Floor Mounted | 1 | each |
| 212 | Hotsy Parts Washer | | 1 | each |
| 213 | Deposition System w/o electrical | Back Reflector & ITO | 2 | each |
| 214 | Coil Unwind/Rewind Chambers | Vacuum chambers | 12 | each |
| 215 | Coil Upenders | | 12 | each |
| 216 | Overhead Doors | motorized | 10 | each |
| | Primary electrical panels | | 12 | |
| | Office cubicles | | 40 | |
| | Office furniture sets | | 12 | |

## Supplement Exhibit 1

## Revised Proposed Order

10541819.2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>**ENERGY CONVERSION DEVICES, INC., et al.**[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 12-43166<br>(Jointly Administered)<br><br>Judge Thomas J. Tucker |

### ORDER AUTHORIZING THE SALE OF CERTAIN EQUIPMENT FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES

This matter has come before the Court upon the motion (the "**Motion**") of the Debtors[2] for an order authorizing the sale of the AH2 Equipment in the Auction at the AH2 Facility; due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; the Court having considered the Motion and, upon, the complete record of these Chapter 11 Cases and after due deliberation thereon and good cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is **GRANTED.**

2. The Debtors are authorized, but not required, to sell the AH2 Equipment free and clear of all Liens, with such Liens to attach to the proceeds of sale with the same validity extent and priority as immediately prior to the sale, at an auction to be held at the AH2 Facility and

---

[1] The Debtors in these jointly administered cases are Energy Conversion Devices, Inc. (Case No. 12-43166) and United Solar Ovonic LLC (Case No. 12-43167).

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

conducted by an auctioneer, subject to the approval of the Debtors' retention of such auctioneer by this Court.

3. Any party's failure to object to the relief requested in the Motion shall be determined to be "consent" to such sale within the meaning of 11 U.S.C. § 363(f)(2).

4. The Debtors are authorized to take all actions necessary to implement the relief granted in this Order.

5. ~~The~~To the extent applicable, the fourteen (14) day stay of Federal Rule of Bankruptcy Procedure 6004(h) is hereby waived, and the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Court will retain jurisdiction with respect to all matters arising from or related to the implementation of this order.

Document comparison by Workshare Professional on Monday, March 05, 2012 10:04:18 PM

| Input: | |
|---|---|
| Document 1 ID | interwovenSite://HMSCDMS/ACTIVE/10542082/1 |
| Description | #10542082v1<ACTIVE> - ECD -- Revised Proposed Order (AH2 Sale) |
| Document 2 ID | interwovenSite://HMSCDMS/ACTIVE/10542082/2 |
| Description | #10542082v2<ACTIVE> - ECD -- Revised Proposed Order (AH2 Sale) |
| Rendering set | standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 1 |
| Deletions | 1 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 2 |