# ENERGY CONVERSION DEVICES, et al

## LIQUIDATION ANALYSIS

The Liquidation Analysis below reflects the estimated cash proceeds, net of liquidation related costs, which is estimated to be available to the Debtors' creditors and interest holders based on a liquidation of the estates assets. Underlying the Liquidation Analysis are a number of estimates and assumptions regarding liquidation proceeds that, although developed and considered reasonable by Debtors' management, are inherently subject to significant business, economic, and competitive uncertainties and contingencies beyond the control of the Debtors and their management.

ACCORDINGLY, THERE CAN BE NO ASSURANCE THAT THE VALUES REFLECTED IN THE LIQUIDATION ANALYSIS WILL BE AND ACTUAL RESULTS COULD VARY MATERIALLY FROM THOSE SHOWN HERE.

The Liquidation Analysis was prepared by the Debtors' management and assumes each of the Debtors' assets are liquidated over the next six to nine months. It is also assumed that the liquidation of the Debtors would commence while the Debtors' are in Chapter 11 with the completion of the liquidation taking place after confirmation of the Plan. The cash proceeds from the liquidation, net of liquidation-related costs, would then be distributed to creditors and interest holders. There can be no assurances that all assets would be completely liquidated during this period.

The Liquidation Analysis was prepared based on a review of the Debtors' assets and estimates of hypothetical liquidation values were determined primarily by assessing classes of assets as opposed to appraising specific assets. For the preparation of this analysis, the Debtors did not retain third party experts to value individual assets.

The Liquidation Analysis is presented on both a separate entity basis and on substantively consolidated basis.

The Liquidation Analysis necessarily contains an estimate of the amount of claims that will ultimately become allowed claims. Estimates for various classes of claims are based solely upon the Debtors' continuing review of the claims filed in these Chapter 11 cases and the Company's books and records. No order or finding has been entered by the Court estimating or otherwise fixing the amount of Claims at the projected levels set forth in this Liquidation Analysis.

The Liquidation Analysis assumes that there are no recoveries from the pursuit of any potential preferences, fraudulent conveyances, or other causes of action and does not include the estimated costs of pursuing those actions. These causes of action may have a material impact on recoveries to the impacted parties.

1

**Energy Conversion Devices, Inc - Assuming Substantive Consolidation**
**Liquidation Analysis**

(000's)

| | Notes | Est. Balance Sheet | Recovery Rate | | Recovery $ | |
|---|---|---|---|---|---|---|
| | | | High | Low | High | Low |
| **Assets** | (A) | | | | | |
| Cash/Short-term investments | (B) | $ 139,500 | 100.0% | 100.0% | $ 139,500 | $ 139,500 |
| Restricted Cash | | 4,375 | 68.6% | 45.7% | 3,000 | 2,000 |
| Receivables | (C) | 5,745 | 52.2% | 34.8% | 3,000 | 2,000 |
| Inventory | (D) | 33,540 | 32.8% | 23.9% | 11,000 | 8,000 |
| Pre-Paid and Other Assets | (F) | 13,674 | 141.1% | 114.1% | 19,300 | 15,600 |
| Real Estate | (E) | 15,919 | 89.8% | 71.9% | 14,300 | 11,440 |
| Equipment | (E) | 30,661 | 19.6% | 13.0% | 6,000 | 4,000 |
| Unsecured - Inter-Company (Non-Debtor entities) | (G) | 69,023 | N/A | N/A | TBD | TBD |
| Total Asset Proceeds | | $ 312,435 | 62.8% | 58.4% | $ 196,100 | $ 182,540 |
| **Costs Associated with Liquidation** | (H) | | | | | |
| Professional Fees | | | | | 3,400 | 3,900 |
| Wind-Down Costs | | | | | 4,400 | 4,900 |
| Other | | | | | - | - |
| Wind-Down Costs | | | | | 7,800 | 8,800 |
| **Proceeds Available for Claims** | | | | | $ 188,300 | $ 173,740 |

| | Notes | Est. Claim Amount | | | | |
|---|---|---|---|---|---|---|
| Proceeds Available for Claims | | | | | 188,300 | 173,740 |
| **Secured Debt** | (I) | - | | | - | - |
| **Proceeds Available for Admin/Priority Claims** | | | | | $ 188,300 | $ 173,740 |

| | Notes | Claim Estimates | | | | |
|---|---|---|---|---|---|---|
| | | High | Low | | | |
| **Administrative/Priority Claims** | (J) | | | | | |
| Employee Obligations | | 290 | 290 | | 290 | 290 |
| Management Incentive Plan | | 1,700 | 700 | | 1,700 | 700 |
| 503(b)(9), Reclamation and other | | 1,150 | 1,150 | | 1,150 | 1,150 |
| Professional Fees | | 1,900 | 1,900 | | 1,900 | 1,900 |
| Taxes | | 1,040 | 1,040 | | 1,040 | 1,040 |
| Administrative/Priority Claims | | 6,080 | 5,080 | | 6,080 | 5,080 |
| % Recovery | | | | | 100.0% | 100.0% |
| **Proceeds Available for Unsecured Claims** | | | | | $ 182,220 | $ 168,660 |

| | Notes | Claim Estimates | | | | |
|---|---|---|---|---|---|---|
| | | High | Low | | | |
| **Unsecured Claims** | (K) | | | | | |
| 3% Convertible notes due 2013 | | 263,153 | 263,153 | | 156,015 | 131,720 |
| Warranty | (L) | 10,000 | 20,000 | | 5,929 | 10,011 |
| Accounts Payable | | 6,400 | 6,700 | | 3,794 | 3,354 |
| Contract Rejection Claims | (M) | 15,000 | 30,000 | | 8,893 | 15,016 |
| Lease Related Claims | (N) | 5,000 | 9,100 | | 2,964 | 4,555 |
| Employee Obligations | (O) | 6,500 | 6,500 | | 3,854 | 3,254 |
| Guaranty Claims | | 1,000 | 1,000 | | 593 | 501 |
| Other | | 300 | 500 | | 178 | 250 |
| Unsecured Claims | | 307,353 | 336,953 | | 182,220 | 168,660 |
| % Recovery | | | | | 59.3% | 50.1% |
| **Proceeds Available for Equity Holders** | | | | | $ - | $ - |

**Energy Conversion Devices, Inc**
**Liquidation Analysis**

(000's)

| | Notes | Est. Balance Sheet | Recovery Rate | | Recovery $ | |
|---|---|---|---|---|---|---|
| | | | High | Low | High | Low |
| **Assets** | (A) | | | | | |
| Cash/Short-term investments | (B) | $ 137,590 | 100.0% | 100.0% | $ 137,590 | $ 137,590 |
| Prepaid and Other Assets | (F) | 10,272 | 173.3% | 141.2% | 17,800 | 14,500 |
| Secured - Inter-Company (USO) | (J) | 5,000 | 100.0% | 100.0% | 5,000 | 5,000 |
| Unsecured - Inter-Company (USO) | (H) | 797,719 | N/A | N/A | TBD | TBD |
| Unsecured - Inter-Company (Non-USO) | (G) | 43,533 | N/A | N/A | TBD | TBD |
| Total Asset Proceeds | | $ 994,114 | 16.1% | 15.8% | $ 160,390 | $ 157,090 |
| **Costs Associated with Liquidation** | (H) | | | | | |
| Professional Fees | | | | | 900 | 1,100 |
| Wind-Down Costs | | | | | 500 | 600 |
| Other | | | | | - | - |
| Wind-Down Costs | | | | | 1,400 | 1,700 |
| **Proceeds Available for Claims** | | | | | $ 158,990 | $ 155,390 |

| | | | Est. Claim Amount | | | |
|---|---|---|---|---|---|---|
| Proceeds Available for Claims | | | | | 158,990 | 155,390 |
| **Secured Debt** | (I) | | - | | - | - |
| **Proceeds Available for Admin/Priority Claims** | | | | | $ 158,990 | $ 155,390 |

| | | | Claim Estimates | | | |
|---|---|---|---|---|---|---|
| | | | High | Low | | |
| **Administrative/Priority Claims** | (J) | | | | | |
| Employee Obligations | | | 90 | 90 | 90 | 90 |
| Management Incentive Plan | | | 1,500 | 600 | 1,500 | 600 |
| 503(b)(9), Reclamation and other | | | - | - | - | - |
| Professional Fees | | | 600 | 600 | 600 | 600 |
| Taxes | | | 40 | 40 | 40 | 40 |
| Administrative/Priority Claims | | | 2,230 | 1,330 | 2,230 | 1,330 |
| % Recovery | | | | | 100.0% | 100.0% |
| **Proceeds Available for Unsecured Claims** | | | | | $ 156,760 | $ 154,060 |

| | | | Claim Estimates | | | |
|---|---|---|---|---|---|---|
| | | | High | Low | | |
| **Unsecured Claims** | (K) | | | | | |
| 3% Convertible notes due 2013 | | | 263,153 | 263,153 | 152,079 | 148,475 |
| Warranty | (L) | | - | - | - | - |
| Accounts Payable | | | 700 | 700 | 405 | 395 |
| Contract Rejection Claims | (M) | | - | - | - | - |
| Lease Related Claims | (N) | | 2,000 | 3,800 | 1,156 | 2,144 |
| Employee Obligations | (O) | | 4,400 | 4,400 | 2,543 | 2,483 |
| Guaranty Claims | | | 1,000 | 1,000 | 578 | 564 |
| Other | | | - | - | - | - |
| Unsecured Claims | | | 271,253 | 273,053 | 156,760 | 154,060 |
| % Recovery | | | | | 57.8% | 56.4% |
| **Proceeds Available for Equity Holders** | | | | | $ - | $ - |

Note: No proceeds from Energy Conversion Devices, Inc. inter-company claim against USO, LLC has been included in the analysis.
If proceeds are included from the inter-company claim the recovery to the Energy Converion Devices, Inc creditors improves.

**USO, LLC**
**Liquidation Analysis**

(000's)

| | Notes | Est. Balance Sheet | Recovery Rate High | Recovery Rate Low | Recovery $ High | Recovery $ Low |
|---|---|---|---|---|---|---|
| **Assets** | (A) | | | | | |
| Cash/Short-term investments | (B) | $ 1,909 | 100.0% | 100.0% | $ 1,909 | $ 1,909 |
| Restricted Cash | | 4,375 | 68.6% | 45.7% | 3,000 | 2,000 |
| Receivables | (C) | 5,745 | 52.2% | 34.8% | 3,000 | 2,000 |
| Inventory | (D) | 33,540 | 32.8% | 23.9% | 11,000 | 8,000 |
| Pre-Paid and Other Assets | (F) | 3,401 | 44.1% | 32.3% | 1,500 | 1,100 |
| Real Estate | (E) | 15,919 | 89.8% | 71.9% | 14,300 | 11,440 |
| Equipment | (E) | 30,661 | 19.6% | 13.0% | 6,000 | 4,000 |
| Unsecured - Inter-Company (Non-ECD) | (G) | 25,490 | N/A | N/A | TBD | TBD |
| Total Asset Proceeds | | $ 121,039 | 33.6% | 25.2% | $ 40,709 | $ 30,449 |
| **Costs Associated with Liquidation** | (H) | | | | | |
| Professional Fees | | | | | 2,500 | 2,800 |
| Wind-Down Costs | | | | | 3,900 | 4,300 |
| Other | | | | | - | - |
| Wind-Down Costs | | | | | 6,400 | 7,100 |
| **Proceeds Available for Claims** | | | | | $ 34,309 | $ 23,349 |

| | Notes | Est. Claim Amount | | | High | Low |
|---|---|---|---|---|---|---|
| Proceeds Available for Claims | | | | | 34,309 | 23,349 |
| **Secured Debt** | (I) | 5,000 | | | 5,000 | 5,000 |
| **Proceeds Available for Admin/Priority Claims** | | | | | $ 29,309 | $ 18,349 |

| | Notes | Claim Estimates High | Claim Estimates Low | | High | Low |
|---|---|---|---|---|---|---|
| **Administrative/Priority Claims** | (J) | | | | | |
| Employee Obligations | | 200 | 200 | | 200 | 200 |
| Management Incentive Plan | | 200 | 100 | | 200 | 100 |
| 503(b)(9), Reclamation and other | | 1,150 | 1,150 | | 1,150 | 1,150 |
| Professional Fees | | 1,300 | 1,300 | | 1,300 | 1,300 |
| Taxes | | 1,000 | 1,000 | | 1,000 | 1,000 |
| Administrative/Priority Claims | | 3,850 | 3,750 | | 3,850 | 3,750 |
| % Recovery | | | | | 100.0% | 100.0% |
| **Proceeds Available for Unsecured Claims** | | | | | $ 25,459 | $ 14,599 |

| | Notes | Claim Estimates High | Claim Estimates Low | | High | Low |
|---|---|---|---|---|---|---|
| **Unsecured Claims - No Inter-Company Claim** | (K) | | | | | |
| 3% Convertible notes due 2013 | | - | - | | - | - |
| Warranty | (L) | 10,000 | 20,000 | | 7,052 | 4,569 |
| Accounts Payable | | 5,700 | 6,000 | | 4,020 | 1,371 |
| Contract Rejection Claims | (M) | 15,000 | 30,000 | | 10,579 | 6,854 |
| Lease Related Claims | (N) | 3,000 | 5,300 | | 2,116 | 1,211 |
| Employee Obligations | (O) | 2,100 | 2,100 | | 1,481 | 480 |
| Guaranty Claims | | - | - | | - | - |
| Other | | 300 | 500 | | 212 | 114 |
| Unsecured Claims | | 36,100 | 63,900 | | 25,459 | 14,599 |
| % Recovery | | | | | 70.5% | 22.8% |
| **Proceeds Available for Equity Holders** | | | | | $ - | $ - |

| **Unsecured Claim Recovery Including Inter-Company Obligation** | | | | | | |
|---|---|---|---|---|---|---|
| Other Unsecured Claims (Above) | | 36,100 | 63,900 | | 1,102 | 1,083 |
| Inter-Company Obligations | (G) | 797,682 | 797,682 | | 24,357 | 13,517 |
| % Recovery Unsecured Including Inter-Company Claim | | 833,782 | 861,582 | | 25,459 | 14,599 |
| | | | | | 3.1% | 1.7% |

4

**FOOTNOTES TO LIQUIDATION ANALYSIS**

*Note A – Book Values*

Unless stated otherwise, the book values used in this Liquidation Analysis are the estimated un-audited book values of the Debtors as of April 30, 2012, and are assumed to be a proxy for the assets of these entities as of June 30, 2012.

*Note B - Cash and Cash Equivalents*

The cash and short-term investments included in the Liquidation Analysis is based on the budget, that was filed with the Bankruptcy Court on May 11, 2012 [Docket No. 524]. The cash collateral budget included the estimated costs required to prepared and effectuate the liquidation of the estate for the period through June 30, 2012.

*Note C - Accounts Receivable*

The estimated recovery from accounts receivable is based on management's review of the outstanding receivables. The collections are based on management's experience with the customer base and age of the receivables.

*Note D – Inventory*

Inventories consist of certain raw materials, work-in-process and finished goods. Historically the finished goods have been sold to distributors and end users with a warranty. In determining the value of the inventory, management has assumed no warranty will be offered during the liquidation therefore depressing the ultimate recovery from the inventory.

*Note E – Property, Plant & Equipment, Net*

The Debtors have valued machinery and equipment based on management's expected realizable value. The Debtors' machinery and equipment is unique and specialized and has a limited market. Prior to the Petition Date, the Debtors received an equipment appraisal, which reflected a forced liquidation value of approximately $4 million. In formulating its estimate the Debtors' management considered the appraisals, projected values based on the Debtors' experience from the March 2012 auction of similar equipment and discussions with the Auctioneer. The amount realized from the equipment may vary materially from the estimates included in the Liquidation Analysis.

The real estate consists of real property and improvements located at its Greenville and Battle Creek facilities. The Debtors have valued the real estate based on estimates provided by Signature Associates', the Debtors' real estate consultant. The realizable value of the real estate may vary based on the ultimate time needed to sell the real estate as well as changes in the economic environment.

*Note F – Prepaid and Other Assets*

Other assets include deferred financing costs, prepaid insurance, executive life insurance cash surrender value, Ovonic Battery Company, Inc. escrow, minority ownership of Ovonyx, Inc. ("Ovonyx") and other items.

Prior to filing for Chapter 11 the Debtors completed the sale of its subsidiary Ovonic Battery Company, Inc ("OBC"). As part of the transaction the Debtors were required to escrow $3 million of the proceeds for a period of 3 years.

The Debtors are actively pursuing a sale of ECD's interest in Ovonyx. ECD owns 38.6% of the common stock of Ovonynx.

*Note G – Intercompany Trade and Loans Receivable*

ECD has advanced approximately $800 million to USO since 2003. At present, ECD and USO reflect that these advances were loans from ECD to USO, and debts owed by USO to ECD. At other times, these advances from ECD to USO have been treated on the Debtors' books as capital contributions from ECD to USO. Since ECD and USO have historically published consolidated financial statements, the separate accounting for the transaction is not reflected in historical published financial statements. The approximately $800 million obligation consists of between $300 to $400 million advanced to fund capital expenditures, between $300 to $400 million advanced to fund losses at USO and between $60 to $70 million in accrued interest. Under the Cash Management Orders, the Committee reserved the right to challenge the character of these claims and must bring any such challenge by June 30, 2012. The Committee has not yet filed any such objection. If the Estates are substantively consolidated, these intercompany claims will be eliminated. If the Estates are not substantially consolidated, the characterization of the intercompany claim may be litigated. The outcome of such litigation may have a substantial impact on the distribution to other USO creditors.

*Note H – Costs Associated with Liquidation*

Winddown costs and professional costs during the liquidation are based upon the assumption that certain corporate personnel would be retained to oversee the liquidation process. The remaining staff would also be needed to maintain and close the accounting records and to complete certain administrative tasks including payroll and tax forms and records. Certain minimum staff would be required at the physical locations to complete the closure of the facilities, to disassemble the equipment and to oversee the sale process for equipment and real estate. Additionally, certain facilities expenses would continue to be incurred until all of the facilities are liquidated.

*Note I – Secured Claims*

Management believes that the only significant secured claim relates to a pre-petition inter-company secured line of credit between Energy Conversion Devices, Inc and USO, LLC. The facility allows for borrowing by USO, LLC up to $5 million. The note is secured by inventory, accounts, documents, instruments, general intangibles, deposit accounts, letter-of-credit rights and chattel paper at USO, LLC. The note has a balance of $5 million outstanding.

*Note J – Administrative and Priority Claims*

Administrative and priority claims include estimated administrative claims, unpaid post-petition operating expenses and accrued expenses. These claims are assumed to have their priority as set out in the Bankruptcy Code.

*Note K – Unsecured Claims*

The Liquidation Analysis necessarily contains an estimate of the amount of claims that will ultimately become allowed claims. Estimates for various classes of claims are based solely upon the Debtors' continuing review of the claims filed in these Chapter 11 cases and the Company's books and records. No order or finding has been entered by the Court estimating or otherwise fixing the amount of Claims at the projected levels set forth in this Liquidation Analysis.

*Note L – Warranty*

Under the Plan, Warranty Claims may be satisfied with inventory that contains a liquidation value under this analysis less than the expected distribution to General Unsecured Claims under this analysis; in such case, the distribution to General Unsecured Claims will be enhanced in comparison to the estimated distribution under this Liquidation Analysis.

*Note M – Contract Rejection Claim*

The contract rejection claim contains a range of damage calculations attributable to certain contracts alleged to be take-or-pay contracts. The broad range given in this Liquidation Analysis reflects the fact that the Debtors believe they have significant defenses to the potentially large damage claims that may be asserted.

*Note N – Lease Related Claims*

The Liquidation Analysis includes an estimate of lease rejection claims related to leased facilities. The estimated lease rejection claims included in the ECD liquidation analysis relate to one of the Auburn Hills facilities and its former headquarters in Rochester Hills. The estimated lease rejection claims included in the USO liquidation analysis relate to the second Auburn Hills facility, the Troy facility and the guarantee of the Mexico facility lease.

*Note O – Employee Obligations*

Employee obligations are made up of pre-petition severance obligations due to employees not participating in the Employee Severance Compromise Plan and amounts due to former employees related to pre-petition separation agreements.