UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 12-43166 |
| | (Jointly Administered) |
| ENERGY CONVERSION DEVICES, INC., et al.,[1] | Chapter 11 |
| Debtors. | Judge Thomas J. Tucker |
| _____ / | |

## ORDER REGARDING LIQUIDATION TRUSTEE'S OBJECTION TO THE CLAIMS OF THE PEGASUS GROUP, AND BANKRUPTCY CODE § 502(b)(6)

These jointly-administered cases came before the Court for a second hearing on November 14, 2012, on the Liquidation Trustee's (formerly the Debtors') objection to The Pegasus Group's claims (Docket # 877, the "Claim Objection"). Today the Court has filed a written opinion regarding the Claim Objection. For the reasons stated in the Court's written opinion,

IT IS ORDERED that to the extent the Liquidation Trustee seeks disallowance of the entire $817,942.83 "Additional Damages Claim" component of The Pegasus Group's amended claims, based on 11 U.S.C. § 502(b)(6), that relief is denied.

IT IS FURTHER ORDERED that further proceedings regarding the Claim Objection will be governed by the Scheduling Order already in place.

**Signed on November 21, 2012**                     **/s/ Thomas J. Tucker**
                                                    **Thomas J. Tucker**
                                                    **United States Bankruptcy Judge**

---

[1] The Debtors in these jointly administered cases are Energy Conversion Devices, Inc. (Case No. 12-43166) and United Solar Ovonic LLC (Case No. 12-43167).